## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES JORDAN, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-3844 (UNA) |
| | ) |
| LOS ANGELES COUNTY SHERIFFS, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the case.

Plaintiff, a resident of Laurel, Maryland, has sued the Los Angeles County Sheriff, alleging only that "Defendant has been terrorizing Plaintiff by chemical weapons, false arrest, illegal search and seizure, [and] invasion of privacy." Federal courts "are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted). Therefore, this action will be dismissed by separate order.

                                                                             _____/s/_____
                                                                             RUDOLPH CONTRERAS
                                                                             United States District Judge

Date: February 7, 2023